### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **MESSO BERNARDO,**<br><br>Plaintiff,<br><br>*v.*<br><br>**KRISTI NOEM, et al.,**<br><br>Defendants. | **CIVIL ACTION**<br><br><br>**NO. 26-824-KSM** |

## ORDER

**AND NOW**, this 23rd day of March 2026, upon consideration of the Defendants' unopposed attached letter for an Extension of Time to Respond to Plaintiff's Complaint, and for good cause shown, it is **ORDERED** that the request is **APPROVED**. Defendants shall file a pleading responsive to Plaintiff's Complaint on or before April 17, 2026.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.