## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MESSO BERNARDO**, | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 26-824-KSM** |
| **KRISTI NOEM**, *in her official capacity as Secretary, U.S. Department of Homeland Security*, et al., | |
| Defendants. | |

## ORDER

**AND NOW**, this 1st day of May, 2026, upon consideration of Plaintiff Messo Bernardo's unopposed letter motion to extend the time to respond to Defendants' Motion to Dismiss (Doc. No. 10), and for good cause shown, it is **ORDERED** that Plaintiff's motion is **GRANTED**. Plaintiff's response to the motion to dismiss shall be due **May 29, 2026, at 5:00 p.m. EDT**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.