## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **MESSO BERNARDO**, | **CIVIL ACTION** |
| Plaintiff, |  |
| *v.* | **NO. 26-824-KSM** |
| **MARKWAYNE MULLIN**, *in his official capacity as Secretary, U.S. Department of Homeland Security*[1], et al., |  |
| Defendants. |  |

## ORDER

**AND NOW**, this 20th day of July, 2026, upon consideration of the parties' second stipulation extending the deadline for Plaintiff to file an Amended Complaint and for Defendants to file a responsive pleading (Doc. No. 15), it is **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. No. 10) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.

[1] Markwayne Mullin was sworn into office on March 24, 2026, and pursuant to Federal Rule of Civil Procedure 25(d) is automatically substituted as a party in this action.